United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>MICHAEL M. LIDDLE, et al.,<br><br>        Defendants. | Case No.  14-cv-04761-BLF<br><br>**CASE MANAGEMENT ORDER** |

On 02/12/2015, the parties appeared before Judge Beth Labson Freeman for a Case Management Conference.

IT IS HEREBY ORDERED that the following schedule shall apply in this case:

| EVENT | DATE OR DEADLINE |
|---|---|
| Further Case Management Conference | N/A |
| Last Day to Amend Pleadings or Add Parties | N/A |
| Designation of Experts | 09/28/2015 |
| Fact Discovery Cut-Off | 11/30/2015 |
| Expert Discovery Cut-Off | N/A |
| Last Day to Hear Dispositive Motions | 01/21/2016 at 9:00 a.m. |
| Final Pretrial Conference | 03/24/2016 at 2:30 p.m. |
| Bench Trial | 04/04/2016 at 9:00 a.m. |

1    IT IS FURTHER ORDERED THAT all disputes with respect to disclosures or discovery

2    are referred to the assigned Magistrate Judge.

3    IT IS FURTHER ORDERED THAT the parties shall comply with the Court's standing

4    orders, which are available on the Court's website and in the Clerk's Office.

5    IT IS FURTHER ORDERED THAT the Parties are to meet, confer and submit a stipulated

6    schedule to trial.

7    IT IS FURTHER ORDERED THAT the Case is referred to a Magistrate Judge for

8    Settlement.  Settlement Conference to be completed by 11/30/2015.

9

10

11    Dated:  February 12, 2015

12

13    _____
      BETH LABSON FREEMAN
      United States District Judge

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

United States District Court
Northern District of California