# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>MICHAEL M. LIDDLE, et al.,<br><br>    Defendants. | Case No. 14-cv-04761-BLF<br><br>**ORDER GRANTING UNOPPOSED MOTION TO CONTINUE HEARING ON MOTION TO STRIKE; AND CONTINUING HEARING ON MOTION TO STRIKE FROM JUNE 18, 2015 TO JULY 2, 2015**<br><br>[RE: ECF 20] |

Defendants' unopposed motion to continue the hearing on Plaintiff's motion to strike is GRANTED. The hearing on the motion to strike is continued from June 18, 2015 to July 2, 2015 at 9:00 a.m.

**IT IS SO ORDERED.**

Dated: April 28, 2015

_____
BETH LABSON FREEMAN
United States District Judge