MELINDA HAAG (CABN 132612)
United States Attorney
THOMAS MOORE (ALBN 4305-078T)
Chief, Tax Division
COLIN SAMPSON (CABN 249784)
Assistant United States Attorney
   450 Golden Gate Avenue, Box 36055
   San Francisco, CA 941 02-3495
   Telephone: (415) 436-7020
   Facsimile: (415) 436-7009
   Email: Colin.Sampson@usdoj.gov
Attorneys for United States of America

*APPROVED*
*Beth Labson Freeman*
*Judge Beth Labson Freeman*

Jeffrey B. Kahn (CBN 261791)
   Law Offices Of Jeffrey B. Kahn, P.C.
   1990 N. California Blvd., 8th Floor
   Walnut Creek, CA 94596
   Telephone: 925-979-9929
   Facsimile: 866-254-0218
   E-mail: jeff@kahntaxlaw.com
Attorney for Defendants,
   MICHAEL D. LIDDLE; LISA LIDDLE,
   aka LISA CHRISTOPER; JULI L.
   HILTON aka JULI CHRISTOPHER, as
   TRUSTEE OF THE JULI LYNN
   HILTON LIVING TRUST DATED
   APRIL 22, 2011; LORI A.
   CHRISTOPHER, as TRUSTEE OF
   THE LORI CHRISTOPHER
   REVOCABLE TRUST  DATED
   MARCH 4, 2009.

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

**Case No. 5:14-cv-04761-BLF**

UNITED STATES OF AMERICA,

      Plaintiff

vs.

STIPULATION AND REQUEST FOR ORDER DISMISSING COUNTERCLAIMS OF DEFENDANTS

| | |
|---|---|
| 1 | MICHAEL D. LIDDLE; LISA LIDDLE, aka LISA CHRISTOPER; JULI L. HILTON aka JULI CHRISTOPHER, as TRUSTEE OF THE JULI LYNN HILTON LIVING TRUST DATED APRIL 22, 2011; LORI A. CHRISTOPHER, as TRUSTEE OF THE LORI CHRISTOPHER REVOCABLE TRUST DATED MARCH 4, 2009; and STATE OF CALIFORNIA FRANCHISE TAX BOARD, |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | Defendants. |
| 8 | _____/ |

## STIPULATION AND REQUEST FOR ORDER DISMISSING COUNTERCLAIMS OF DEFENDANTS MICHAEL D. LIDDLE; LISA LIDDLE, aka LISA CHRISTOPER; JULI L. HILTON aka JULI CHRISTOPHER, as TRUSTEE OF THE JULI LYNN HILTON LIVING TRUST DATED APRIL 22, 2011; LORI A. CHRISTOPHER, as TRUSTEE OF THE LORI CHRISTOPHER REVOCABLE TRUST DATED MARCH 4, 2009

The Defendants MICHAEL D. LIDDLE; LISA LIDDLE, aka LISA CHRISTOPER; JULI L. HILTON aka JULI CHRISTOPHER, as TRUSTEE OF THE JULI LYNN HILTON LIVING TRUST DATED APRIL 22, 2011; LORI A. CHRISTOPHER, as TRUSTEE OF THE LORI CHRISTOPHER REVOCABLE TRUST DATED MARCH 4, 2009 (hereinafter collectively referred to as "Defendants") and the United States of America, through their respective attorneys, hereby stipulate and agree as follows:

1. That the counterclaims raised in Defendants' Amended Answer filed with this Court [D.E. 18] should be dismissed by this Court without prejudice.
2. That this Stipulation does not waive the United States Of America's assertion of sovereign immunity with respect to counterclaims.
3. That the hearing set for this matter by the Court on July 9, 2015 [D.E.21] be removed from the Court's calendar.

STIPULATION AND REQUEST FOR ORDER DISMISSING COUNTERCLAIMS OF DEFENDANTS

Respectfully submitted,

Dated: 4-30-2015

_____
JEFFREY B. KAHN
Attorney for Defendants,
   MICHAEL D. LIDDLE; LISA LIDDLE, aka
   LISA CHRISTOPER; JULI L. HILTON aka
   JULI CHRISTOPHER, as TRUSTEE OF THE
   JULI LYNN HILTON LIVING TRUST
   DATED APRIL 22, 2011; LORI A.
   CHRISTOPHER, as TRUSTEE OF THE LORI
   CHRISTOPHER REVOCABLE TRUST
   DATED MARCH 4, 2009

MELINDA HAAG
United States Attorney

Dated: 4-30-2015

_____
COLIN SAMPSON
Assistant United States Attorney Tax Division
Attorneys for the United States of America

## CERTIFICATE OF SERVICE

I hereby certify that on April 30, 2015, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notice of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

s/Jeffrey B. Kahn, Esq.

CBN 261791

[Password Registrant]

STIPULATION AND REQUEST FOR ORDER DISMISSING COUNTERCLAIMS OF DEFENDANTS

SERVICE LIST
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

Case No. 5:14-cv-04761-BLF

UNITED STATES OF AMERICA,
    Plaintiff
vs.
MICHAEL D. LIDDLE; LISA LIDDLE, aka LISA CHRISTOPER; JULI L. HILTON aka JULI CHRISTOPHER, as TRUSTEE OF THE JULI LYNN HILTON LIVING TRUST DATED APRIL 22, 2011; LORI A. CHRISTOPHER, as TRUSTEE OF THE LORI CHRISTOPHER REVOCABLE TRUST DATED MARCH 4, 2009; and STATE OF CALIFORNIA FRANCHISE TAX BOARD,
    Defendants.

COLIN C. SAMPSON
(CABN 249784)
Assistant United States Attorney
450 Golden Gate Avenue,
Box 36055
San Francisco, CA 94102-3495
Telephone: (415) 436-7020
Facsimile: (415) 436-7009
Email: Colin.Sampson@usdoj.gov
Attorney for Plaintiff
Served via email

MARGUERITE C. STRICKLIN
(CABN 103161)
Deputy Attorney General
1515 Clay Street, 20th Floor
P.O. Box 70550
Oakland, CA 94612-0550
Telephone: (510) 622-2146
Fax: (510) 622-2270
Email: Marguerite.Stricklin@doj.ca.gov
Attorney for Defendant, California Franchise Tax Board
Served via email

STIPULATION AND REQUEST FOR ORDER DISMISSING COUNTERCLAIMS OF DEFENDANTS