| | |
|---|---|
| 1 | BRIAN STRETCH (CABN 163973) |
|   | Acting United States Attorney |
| 2 | THOMAS MOORE (ALBN 4305-O78T) |
|   | Chief, Tax Division |
| 3 | COLIN SAMPSON (CABN 249784) |
|   | Assistant United States Attorney |
| 4 | |
|   | 450 Golden Gate Avenue, Box 36055 |
| 5 | San Francisco, CA 94102-3495 |
|   | Telephone: (415) 436-7020 |
| 6 | Facsimile: (415) 436-7009 |
|   | Email:  Colin.Sampson@usdoj.gov |
| 7 | |
|   | Attorneys for United States of America |
| 8 | |

BRIAN STRETCH (CABN 163973)
Acting United States Attorney
THOMAS MOORE (ALBN 4305-O78T)
Chief, Tax Division
COLIN SAMPSON (CABN 249784)
Assistant United States Attorney
　　450 Golden Gate Avenue, Box 36055
　　San Francisco, CA 94102-3495
　　Telephone: (415) 436-7020
　　Facsimile: (415) 436-7009
　　Email: Colin.Sampson@usdoj.gov

Attorneys for United States of America

JEFFREY B. KAHN (CABN 261791)
Law Offices Of Jeffrey B. Kahn, P.C.
1255 Treat Blvd., Suite 300
Walnut Creek, CA 94597
Telephone: 925-979-9929
Facsimile: 866-254-0218
Email: Jeff@kahntaxlaw.com

Attorney for Defendants Michael D. Liddle,
Lisa Liddle, aka Lisa Christoper, Juli L. Hilton,
 aka Juli Christopher, as Trustee of the Juli Lynn
Hilton Living Trust dated April 22, 2011, and
Lori A. Christopher, as Trustee of the Lori
Christopher Revocable Trust dated March 4, 2009.


KAMALA D. HARRIS
Attorney General of California
JOYCE E. HEE
Supervising Deputy Attorney General
MARGUERITE C. STRICKLIN (CABN 103161)
Deputy Attorney General
　　1515 Clay Street, 20th Floor
　　P.O. Box 70550
　　Oakland, CA 94612-0550
　　Telephone: (510) 622-2146
　　Fax: (510) 622-2270
　　Email: Marguerite.Stricklin@doj.ca.gov

Attorneys for Defendant Franchise Tax Board

1

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br> v.<br><br>MICHAEL D. LIDDLE; LISA LIDDLE, aka LISA CHRISTOPER; JULI L. HILTON aka JULI CHRISTOPHER, as TRUSTEE OF THE JULI LYNN HILTON LIVING TRUST DATED APRIL 22, 2011; LORI A. CHRISTOPHER, as TRUSTEE OF THE LORI CHRISTOPHER REVOCABLE TRUST DATED MARCH 4, 2009; and STATE OF CALIFORNIA FRANCHISE TAX BOARD,<br><br>  Defendants. | No. 5:14-cv-04761-BLF<br><br>STIPULATION TO CONTINUE DISCOVERY PERIOD AND TO CONTINUE TRIAL AND MOTIONS HEARING DATES |

The United States of America, represented by undersigned counsel for the United States Colin Sampson, Defendants Michael Liddle, Lisa Liddle, Lori Christopher, and Juli Hilton, represented by undersigned counsel Jeffrey Kahn, and the California Franchise Tax Board ("FTB"), represented by undersigned counsel Marguerite Stricklin, hereby stipulate and agree as follows:

Discovery is currently ongoing in this matter and is scheduled to close on November 30, 2015. The United States and the FTB have resolved by stipulation their relative priorities with respect to their claims against any property owned by Defendants Michael and Lisa Liddle, jointly or separately. The parties appeared before U.S. Magistrate Judge Nathaniel M. Cousins on Tuesday, October 27, 2015 for a settlement conference.

Pursuant to the discussions of the parties, Defendants Michael and Lisa Liddle request additional time to provide certain documents supporting their claims regarding their joint federal income tax liabilities for the tax years involved in the Complaint (2004, 2006, 2007, 2009, 2010, and 2011) and the United States' claims regarding the Subject Properties (Claims 1 and 4). The parties have agreed that Defendants shall have until Friday, February 19, 2016 to provide such documents. The parties further

1  stipulate and agree that the parties shall provide status reports regarding the additional discovery and
2  their positions with respect to settlement within seven days of such supplemental production, and no
3  later than February 26, 2016.  The parties further stipulate that the discovery deadline should be
4  continued from November 30, 2015, to February 29, 2016.  The parties stipulate and agree that the last
5  date to hear dispositive motions, currently scheduled for Thursday, January 21, 2016, should be
6  continued to Thursday, July 21, 2016.  The parties further stipulate and agree that the case will remain
7  ready for trial at the Court's earliest convenience thereafter.  The parties further stipulate and agree that
8  no deadlines that have already passed in this matter will be extended by this agreement.

The parties so agree and request an Order confirming the foregoing.

Respectfully submitted,

MELINDA HAAG
United States Attorney

Dated: October 29, 2015.        */s/ Colin Sampson*
COLIN SAMPSON
Assistant United States Attorney
Tax Division

*Attorneys for the United States of America*


Dated: October 29, 2015.        */s/ Jeffrey B. Kahn*
JEFFREY B. KAHN
Law Offices Of Jeffrey B. Kahn, P.C.

*Attorney for Defendants Michael Liddle, Lisa Liddle, Lori Christopher, and Juli Hilton*


KAMALA D. HARRIS
Attorney General of California
JOYCE E. HEE
Supervising Deputy Attorney General

Dated: October 29, 2015.        */s/ Marguerite C. Stricklin*
MARGUERITE C. STRICKLIN
Deputy Attorney General

*Attorneys for Franchise Tax Board*

3

**ORDER**

Based upon the stipulation of the parties above, and for good cause showing, the Court ORDERS THAT the Case Management Order (Doc. No. 15) is amended as follows:

| EVENT | DATE OR DEADLINE |
| --- | --- |
| Further Case Management Conference | N/A |
| Last Day to Amend Pleadings or Add Parties | N/A |
| Defendant's Production of Documents re: Counts 1 and 4 | 02/19/2015 |
| Status Report to U.S. Magistrate Judge Cousins | 02/26/2016 |
| Fact Discovery Cutoff | 02/29/2016 |
| Expert Discovery Cutoff | N/A |
| Last Day to Hear Dispositive Motions | 07/21/2016 |
| Final Pretrial Conference | Upon Further Order of the Court |
| Bench Trial | Upon Further Order of the Court |

IT IS SO ORDERED.

Dated: October 29, 2015

_____
BETH LABSON FREEMAN
United States District Judge

4

CERTIFICATE OF SERVICE

I, Edward Solis declare: That I am a citizen of the United States of America and employed in San Francisco County, California; that my business address is Office of United States Attorney, 450 Golden Gate Avenue, Box 36055, San Francisco, California 94102; that I am over the age of eighteen years, and am not a party to the above-entitled action.

I am employed by the United States Attorney for the Northern District of California and discretion to be competent to serve papers.  The undersigned further certifies that I caused a copy of the following:

STIPULATION TO CONTINUE DISCOVERY DEADLINES AND TO CONTINUE TRIAL AND RELATED HEARINGS

to be served this date upon the party(ies) in this action by placing a true copy thereof in a sealed envelope, and served as follows:

_X___ FIRST CLASS MAIL by placing such envelope(s) with postage thereon fully prepaid in the designated area for outgoing U.S. mail in accordance with this office's practice.

____ PERSONAL SERVICE (BY MESSENGER)

____ FACSIMILE (FAX) No.: _____

to the parties addressed as follows:

<u>See Service List, Attached</u>.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on October 29, 2015 at San Francisco, California.

```
        ___/S/_____
        Edward Solis
        Paralegal
```

5

<u>Service List</u>

JEFFREY B. KAHN (CABN 261791)
Law Offices Of Jeffrey B. Kahn, P.C.
1255 Treat Blvd, Ste. 300
Walnut Creek, CA 94597
Telephone: 925-979-9929
Facsimile: 866-254-0218
Email: Jeff@kahntaxlaw.com

Attorney for Defendants Michael D. Liddle,
Lisa Liddle, aka Lisa Christoper, Juli L. Hilton,
 aka Juli Christopher, as Trustee of the Juli Lynn
Hilton Living Trust dated April 22, 2011, and
Lori A. Christopher, as Trustee of the Lori
Christopher Revocable Trust dated March 4, 2009.


KAMALA D. HARRIS
Attorney General of California
JOYCE E. HEE
Supervising Deputy Attorney General
MARGUERITE C. STRICKLIN (CABN 103161)
Deputy Attorney General
    1515 Clay Street, 20th Floor
    P.O. Box 70550
    Oakland, CA 94612-0550
    Telephone: (510) 622-2146
    Fax: (510) 622-2270
    Email: Marguerite.Stricklin@doj.ca.gov

Attorneys for Defendant California Franchise Tax Board